**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-01131-LTB-MJW

WARNER BROS. RECORDS INC., a Delaware corporation;
PRIORITY RECORDS LLC, a California limited liability company;
ARISTA RECORDS LLC, a Delaware limited liability company;
ATLANTIC RECORDING CORPORATION, a Delaware corporation;
BMG MUSIC, a New York general partnership;
CAPITOL RECORDS, INC., a Delaware corporation;
ELECTRA ENTERTAINMENT GROUP, INC., a Delaware corporation;
FONOVISA, INC., a California corporation;
INTERSCOPE RECORDS, a California general partnership;
LAFACE RECORDS LLC, a Delaware limited liability company;
LAVA RECORDS LLC, a Delaware limited liability company;
LOUD RECORDS LLC, a Delaware corporation;
MAVERICK RECORDING COMPANY, a California joint venture;
MOTOWN RECORD COMPANY, L.P., a California limited partnership;
VIRGIN RECORDS AMERICA, INC., a California corporation;
SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and
UMG RECORDINGS, INC., a Delaware corporation,

       Plaintiffs,

v.

DOES 1 - 20,

       Defendants.
_____

**ORDER**
_____

       Upon Plaintiffs' Notice of Dismissal Without Prejudice (Doc 8 - filed September 25, 2007), it is

       ORDERED that this matter is DISMISSED WITHOUT PREJUDICE, each party to pay their own fees and costs.

                                            BY THE COURT:

                                            s/Lewis T. Babcock
                                            Lewis T. Babcock, Judge

DATED: September 26, 2007